# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-00156-PSF-MJW | FTR |
| **Date:** October 19, 2007 | Shelley Moore, Deputy Clerk |
| WILLIAM E. CROSBY, | Pro se |
| Plaintiff(s), | |
| v. | |
| SAFEWAY, INC., | Alyssa Yatsko |
| | Emily Hobbs-Wright |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**SHOW CAUSE HEARING / SETTLEMENT CONFERENCE**

**Court in Session 10:05 a.m.**

Court calls case. Appearances of Pro se Plaintiff and Defendant's counsel. Jennifer Johnston, representative of Safeway, Inc., is present.

10:06 a.m.   Pro se Plaintiff states that in the process of moving he neglected to put the last hearing date into his computer calendar.

**ORDERED:**   Pro se Plaintiff shall pay for attorney fees and costs for the October 1, 2007 hearing. Defendant's counsel shall meet and confer with Pro se Plaintiff to determine whether they can agree upon an amount for attorney fees and costs. Should the parties not reach an agreement, on or before October 29, 2007, Defendant's counsel shall file the itemized affidavit for attorney fees and costs for the October 1, 2007 hearing.

**ORDERED:**   Pro se Plaintiff's Motion for Leave for Stipulation for Extension of Time for Expert Witness Disclosure (document 33) is GRANTED. Pro se Plaintiff shall disclose his expert witnesses by November 9, 2007.

A settlement conference will convene immediately following the conclusion of this hearing.

**Court in recess 10:11 a.m.**
Total In-Court Time 0:06, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.