IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00156-PSF-MJW

WILLIAM E. CROSBY,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. # 37).  The Court, being fully advised, hereby approves the parties' stipulation as follows:

It is ORDERED that Civil Action No. 07-cv-00156-PSF-MJW is DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

It is FURTHER ORDERED that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by plaintiff, and plaintiff shall not disclose such terms except as may be required by law.

DATED: November 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge